THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0148-JCC |
| Plaintiff, | ORDER |
| v. | |
| DANIELS VALLEJO, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 39) with respect to the following property:

- One Cobra Enterprises, Inc. Model CA-380, .380 caliber semi-automatic pistol, bearing Serial Number CP028730.

The Court, having reviewed the record, FINDS as follows:

1. In the plea agreement that Defendant, Daniels Vallejo, entered on October 23, 2017, he agreed to forfeit his interest in the above-listed firearm (Dkt. No. 24);

2. On December 27, 2017, the Court entered a preliminary order of forfeiture finding the above-listed firearm forfeitable and forfeiting Defendant's interest in it (Dkt. No. 29);

3. The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 31), and provided direct notice to potential claimants as required by Federal Rule of Criminal Procedure

32.2(b)(6)(A) (Dkt. No. 39-1); and

    4.    The time for filing third-party petitions has expired, and none were filed.

Therefore, the Court ORDERS that:

    1.    No right, title, or interest in the above-listed property exists in any party other than the United States;

    2.    The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

    3.    The United States Department of Justice, and/or its representatives, are authorized to dispose of the above-listed property in accordance with the law.

DATED this 9th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE